UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: JOHNSTON, JANET M. | § Case No. 10-71431 |
| | § |
| | § |
| Debtor(s) | § |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN                    , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 02/28/2011 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 01/13/2011          By:  /s/JOSEPH D. OLSEN
                                        Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: JOHNSTON, JANET M. | § Case No. 10-71431 |
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*         $   5,000.00

*and approved disbursements of*              $       0.00

*leaving a balance on hand of* [1]           $   5,000.00

**Balance on hand:**                         $   5,000.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $   0.00
Remaining balance:                       $   5,000.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,250.00 | 0.00 | 1,250.00 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 781.24 | 0.00 | 781.24 |

Total to be paid for chapter 7 administration expenses:  $   2,031.24
Remaining balance:                                        $   2,968.76

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,968.76

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,968.76

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,968.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Nicor Gas | 290.67 | 0.00 | 290.67 |
| 2 | NCO PORTFOLIO MANAGEMENT | 1,302.34 | 0.00 | 1,302.34 |
| 3 | American Infosource Lp As Agent for | 105.07 | 0.00 | 105.07 |
| 4 | American Infosource Lp As Agent for | 624.68 | 0.00 | 624.68 |
| 5 | Rockford Mercantile Agency | 646.00 | 0.00 | 646.00 |

Total to be paid for timely general unsecured claims: $ 2,968.76
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: lorsmith                Page 1 of 1                   Date Rcvd: Jan 28, 2011
Case: 10-71431                 Form ID: pdf006               Total Noticed: 28
```

The following entities were noticed by first class mail on Jan 30, 2011.
```
db          +Janet M. Johnston,    3793 Christopher Drive,    Rockford, IL 61101-9515
aty         +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
aty         +Joseph D. Olsen,    Yalden, Olsen & Willette,    1318 East State Street,    Rockford, IL 61104-2228
aty         +Patrick J Adams,    318 N.1st Street,    Rockford, IL 61107-3902
tr          +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
15315966     AT&T,    P.O. Box 8100,    Aurora, IL 60507-8100
15315967     Chicago Department Of Revenue,    Remittance Center,    P.O. Box 06152,    Chicago, IL 60606-0152
15315968     Dish Network,    Dept. 0063,    Palatine, IL 60055-0063
15315969     EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
15315970    +GC Services,    6330 Gulfton,    Houston, TX 77081-1198
15315971     I.C. System, Inc.,    444 Highway 96 East,    P.O. Box 64437,    St. Paul, MN 55164-0437
15315964    +Johnston Janet M,    3793 Christopher Drive,    Rockford, IL 61101-9515
15315973   ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
             (address filed with court: NCO Financial Systems, Inc.,      P.O. Box 41448,
              Philadelphia, PA 19101)
15315974   ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
             (address filed with court: NCO-MEDCLEAR,      P.O. Box 41448,    Philadelphia, PA 19101)
15315972     Metro Medical Services Inc.,    5112 Forest Hills Court,    Loves Park, IL 61111-8304
16029244     NCO PORTFOLIO MANAGEMENT,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15549106     NCO PORTFOLIO mANAGEMENT,    P O Box 3001,    Malvern, A 19355-0701
15315976     Rockford Memorial Hospital,    Dept. 4628,    Carol Sream, IL 60122-4628
15315977    +Rockford Mercantile Agency,    2502 S. Alpine Road,    Rockford, IL 61108-7813
15315978     Rockford Radiology Assoc.,    P.O. Box 5368,    Rockford, IL 61125-0368
15315965    +Schirger Monteleone &,    Hampilos PC,    308 West State St Suite 210,    Rockford, IL 61101-1140
15315979    +Sears/CBSD,    701 E. 60th Street North,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
15315980     Sunrise Credit Services, Inc.,    P.O. Box 9100,    Farmingdale, NY 11735-9100
15315981     T-Mobile,    P.O. Box 742596,    Cincinnati, OH 45274-2596
15315982   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,      Cardmember Services,    P.O. Box 108,
              St. Louis, MO 63166-9801)
```
The following entities were noticed by electronic transmission on Jan 28, 2011.
```
16275549      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 29 2011 01:15:04
               American Infosource Lp As Agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
               Oklahoma City, OK 73124-8848
15982246     +E-mail/Text: bankrup@nicor.com                            Nicor Gas,    PO Box 549,
               Aurora IL 60507-0549
15315975     +E-mail/Text: bankrup@nicor.com                            Nicor Gas,    P.O. Box 8350,
               Aurora, IL 60507-8577
                                                                                              TOTAL: 3
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 30, 2011**                    **Signature:**  _Joseph Speetjens_